

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00395-CV

———————————————

THE FONTANA EVOLUTION, LLC, BO FONTANA, AND JESSICA FONTANA,
Appellants

V.

BAY MOUNTAIN FUND I, LLC, Appellee

---

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-377851-26

---

Before Bassel, Womack, and Wallach
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Agreed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 6, 2026